# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EDONY WALDEMAR CALDERON GRAMAJO,**<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>**PAM BONDI, et al.,**<br><br>　　　　　Respondents. | Civil Action No.  25-17321 (RK)<br><br>ORDER |

　　This matter comes before the Court on a letter request to lift the temporary stay enjoining Respondents from transferring Petitioner out of this District while this matter is pending (ECF No. 3), which the Court entered by Order dated November 21, 2025. (ECF No. 2.)  Respondents seek to lift the stay "so ICE can permit Petitioner to voluntarily depart to his native country, Guatemala" and aver that "Petitioner consents to this request."[1]  (ECF No. 3.)  Having considered the request, the Court finds there is good cause to lift the stay enjoining Respondents from transferring Petitioner out of the District.

　　**IT IS**, on this 5th  day of December 2025;

　　**ORDERED** that the Respondents' request to lift the temporary stay enjoining Respondents from transferring Petitioner out of this District is **GRANTED**; the temporary stay is hereby LIFTED; and it is further

---

[1] Respondents have also attached an Order of the immigration court, dated November 18, 2025, setting out the terms for Petitioner's voluntary departure from the United States. (ECF No. 3-1.)

**ORDERED** that, in light of Petitioner's decision to voluntarily depart, his counsel shall submit a letter request to voluntarily withdraw the Petition within 7 days.

_____
ROBERT KIRSCH
United States District Judge